

IN THE
TENTH COURT OF APPEALS

No. 10-16-00363-CV

CECIL B. YATES,

Appellant

v.

J. MCMILLAN ENTERPRISES, LLC,

Appellee

From the 87th District Court
Leon County, Texas
Trial Court No. NOT-13-285

MEMORANDUM OPINION

By letter dated February 2, 2017, the Court was informed by the mediator that a settlement of all issues was reached in this proceeding. As of this date, we have not received any disposition documents or requests by the parties.

By order issued March 22, 2017, we ordered Cecil B. Yates, appellant, to provide a status report to the Court within 14 days of the date of the order. We also warned Yates that the failure to provide a report as ordered will result in the dismissal of this appeal

without further notification. *See* TEX. R. APP. P. 42.3(b), (c). More than 14 days have passed and we have not received a status report.

Accordingly, this appeal is dismissed. *Id.*


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 19, 2017
[CV06]

